KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, David B. Wells,
Theodore A. Sarandos, Leslie J. Kilgore and
Neil D. Hunt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>　　　　　　Defendants. | Case No.: 3:12-cv-00225-SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| **This [proposed] order also relates to:**<br><br>DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>　　　　　　Defendants. | Case No.: 5:12-cv-00439-LHK |

1  The Court, having considered Defendants' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, HEREBY ORDERS as follows:

 1. *Pokoik v. Netflix, Inc., et al.*, Case No. 5:12-cv-00439-LHK, is related to the *City of Royal Oak Retirement System v. Netflix, Inc., et al.*, Case No. 3:12-cv-00225-SC.

 2. *Pokoik v. Netflix, Inc., et al.*, Case No. 5:12-cv-00439-LHK shall be reassigned to the Honorable Samuel Conti.

IT IS SO ORDERED.

Dated: Mar. 13, 2012

Honorable Samuel Conti
United States District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO CONSIDER WHETHER TO RELATE CASES, CASE NOS.: 3:12-cv-00225-SC AND 5:12-cv-00439-LHK   -1-