JONATHAN M. PLASSE (*pro hac vice*)
STEPHEN W. TOUNTAS (*pro hac vice*)
SERENA HALLOWELL (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jplasse@labaton.com
Email: stountas@labaton.com
Email: shallowell@labaton.com

*Lead Counsel for Lead Plaintiffs and the Class*

AELISH M. BAIG (Bar No. 201279)
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415)288-4545
Facsimile: (415)288-4534
Email: aelishb@rgrdlaw.com

*Of Counsel for Lead Plaintiffs and the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NETFLIX, INC., SECURITIES LITIGATION | No. 3:12-cv-00225-SC |
| This Document Relates To:<br><br>ALL ACTIONS. | **JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME TO FILE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Honorable Samuel Conti |

821103_1

WHEREAS Defendants Netflix, Inc., Reed Hastings, David Wells and Barry McCarthy (collectively "Defendants") filed their motion to dismiss Lead Plaintiffs Arkansas Teacher Retirement System and State-Boston Retirement System's (collectively "Lead Plaintiffs") Consolidated Class Action Complaint on August 27, 2012 (Dkt. No. 91);

WHEREAS on February 13, 2013, the Court issued an order granting Defendants' motion to dismiss and granting Lead Plaintiffs leave to amend their Consolidated Class Action Complaint (Dkt. No. 102);

WHEREAS the Court provided Lead Plaintiffs thirty days to file an amended complaint, setting March 15, 2013 as the deadline to file the amended complaint (Dkt. No. 102);

WHEREAS counsel for Lead Plaintiffs was attending to a family medical matter during a portion of this time period;

WHEREAS Lead Plaintiffs and Defendants agree that it is appropriate to extend Lead Plaintiffs' time to file an amended complaint by one week;

WHEREAS granting the extension of time below will have no impact on any other deadlines in this action;

THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED, by the undersigned, as follows:

Lead Plaintiffs shall have until March 22, 2013 to file an amended complaint. Failure to do so will result in dismissal of this action with prejudice.

Dated: March 8, 2013            Respectfully submitted,

By: /s/ Aelish M. Baig

Aelish M. Baig (Bar No. 201279)
**ROBBINS GELLER RUDMAN & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415)288-4545
Facsimile: (415)288-4534
Email: aelishb@rgrdlaw.com

*Of Counsel for Lead Plaintiffs and the Class*

|   |   |   |
|---|---|---|
| 1 |   | Jonathan M. Plasse (*pro hac vice*) |
| 2 |   | Stephen W. Tountas (*pro hac vice*) |
|   |   | Serena Hallowell (*pro hac vice*) |
| 3 |   | **LABATON SUCHAROW LLP** |
|   |   | 140 Broadway |
| 4 |   | New York, New York  10005 |
|   |   | Telephone:  (212) 907-0700 |
| 5 |   | Facsimile:  (212) 818-0477 |
|   |   | Email:  jplasse@labaton.com |
| 6 |   | Email:  stountas@labaton.com |
| 7 |   | Email:  shallowell@labaton.com |
| 8 |   | *Lead Counsel for Lead Plaintiffs and the Class* |
| 9 |   | Jiangxiao Athena Hou (Bar. No. 215256) |
|   |   | **ZELLE HOFMANN VOELBEL &** |
| 10 |   | **MASON LLP** |
|   |   | 44 Montgomery Street, Suite 3400 |
| 11 |   | San Francisco, California  94104 |
| 12 |   | Telephone: (415) 693-0700 |
|   |   | Facsimile:  (415) 693-0770 |
| 13 |   | Email: ahou@zelle.com |
| 14 |   | *Local Counsel for the Class* |
| 15 |   |   |
| 16 | Dated: March 8, 2013 | By:  */s/ Rodney G. Strickland* |
|   |   | Rodney G. Strickland (Bar No. 161934) |
| 17 |   | Keith E. Eggleton (Bar No. 159842) |
|   |   | Boris Feldman (Bar No. 128838) |
| 18 |   | Luke A. Liss (Bar No. 247520) |
| 19 |   | **WILSON SONSINI GOODRICH & ROSATI** |
|   |   | Professional Corporation |
| 20 |   | 650 Page Mill Road |
| 21 |   | Palo Alto, California  94304 |
|   |   | Telephone: (650) 493-9300 |
| 22 |   | Facsimile: (650) 565-5100 |
|   |   | Email: rstrickland@wsgr.com |
| 23 |   | Email: keggleton@wsgr.com |
|   |   | Email: boris.feldman@wsgr.com |
| 24 |   | Email: lliss@wsgr.com |
| 25 |   |   |
|   |   | *Attorneys for Defendants Netflix, Inc., Reed* |
| 26 |   | *Hastings, David B. Wells, Theodore A. Sarandos,* |
|   |   | *Leslie J. Kilgore and Neil D. Hunt* |
| 27 |   |   |
| 28 |   |   |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
03/12/2013
IT IS SO ORDERED
Judge Samuel Conti