KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, David Wells, and
Barry McCarthy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NETFLIX, INC., SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Case No.: 3:12-cv-00225-SC <br><br> CONSOLIDATED CLASS ACTION <br><br> **STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |

WHEREAS, lead plaintiffs Arkansas Teacher Retirement System and State-Boston Retirement System ("Lead Plaintiffs") filed the First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") against defendants Netflix, Inc., Reed Hastings, David Wells, and Barry McCarthy (collectively, "Defendants") on March 22, 2013;

WHEREAS, pursuant to Federal Rules of Civil Procedure 6(d) and 15(a)(3), Defendants' response to the Complaint is to be filed on or before April 8, 2013;

WHEREAS, Defendants intend to file a motion to dismiss the Complaint (the "Motion to Dismiss");

WHEREAS, the parties have conferred and agree that setting an appropriate schedule regarding the Motion to Dismiss and related briefing is in the best interest of the parties;

THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED, by the undersigned, as follows:

1. Defendants' Motion to Dismiss shall be filed on or before April 24, 2013.

2. Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be filed on or before May 24, 2013.

3. Defendants' reply memorandum shall be filed on or before June 7, 2013.

4. Prior to the filing of the Motion to Dismiss, the parties shall meet and confer regarding a hearing date for the Motion to Dismiss that is convenient for the parties and the Court.

Dated: March 28, 2013     Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By:   /s/ Rodney G. Strickland
      Rodney G. Strickland
      rstrickland@wsgr.com

                                      Attorneys for Defendants Netflix Inc., Reed Hastings, David Wells, and Barry McCarthy

Dated: March 28, 2013                  LABATON SUCHAROW LLP
Jonathan M. Plasse
Stephen W. Tountas
Serena Hallowell
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

By:   /s/ Stephen W. Tountas
       Stephen W. Tountas
       stountas@labaton.com

Lead Counsel for Lead Plaintiffs

I, Rodney G. Strickland, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the Stephen W. Tountas has concurred in this filing.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Defendants' Motion to Dismiss shall be filed on or before April 24, 2013.

2. Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be filed on or before May 24, 2013.

3. Defendants' reply memorandum shall be filed on or before June 7, 2013.

4. Prior to the filing of the Motion to Dismiss, the parties shall meet and confer regarding a hearing date for the Motion to Dismiss that is convenient for the parties and the Court.

DATED:   03/28/2013                               /s/ Samuel Conti
                                                              Judge Samuel Conti